■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN WALLASON, Appellant. [614 NYS2d 175] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered June 1, 1992, convicting him of rape in the first degree (two counts) and sodomy in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions that the evidence is legally insufficient to support his convictions and that the verdict was against the weight of the evidence are without merit. Viewing the evidence in the light most favorable to the People (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reason-

able doubt. In addition, issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesss (see, People v Gaimari, 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (see, People v Garafolo, 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (see, CPL 470.15 [5]).

We have examined the defendant's remaining contentions and find them to be either unpreserved for appellate review or without merit. Balletta, J. P., Miller, Hart and Krausman, JJ., concur.